UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

                                     **RE:   JORGE SILVA**
                                                Docket Number:  1:00CR05209-07 OWW
                                                PERMISSION TO TRAVEL
                                                OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Michoacan, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 1, 2002, Jorge Silva was sentenced for the offense(s) of 21 USC 841 (a)(1) and 18 USC 2, Distribution of Methamphetamine, Aiding and Abetting.

**Sentence imposed:** 41 months custody of the Bureau of Prisons, 60 months supervised release.

**Dates and Mode of Travel:** December 10, 2005 to December 15, 2005

**Purpose:** Mr. Silva is being supervised by the Central District of California Probation Office. According to the officer who is making the travel recommendation,  the subject has maintained stable residence and employment, and has performed very well on supervision. Mr. Silva would like to visit family for an early holiday visit.

**RE:    Jorge Silva**
**       Docket Number:   1:00CR05209-07 OWW**
**       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

                           Respectfully Submitted,

                           /s/ Bruce A. Vasquez

                           **Bruce A. Vasquez**
                           **Supervising United States Probation Officer**

**DATED:**    December 8, 2005
              Fresno, California
              BAV

---

**ORDER OF THE COURT:**

Approved        X                          Disapproved _____

12/8/2005                                  /s/ OLIVER W. WANGER

**Date**                                   **Oliver W. Wanger**
                                           **United States District Judge**

Rev. 03/2005
TRAVELOC.MRG