UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

                            RE:    Silva, Jorge
                                     Docket Number: 1:00CR05204-07 OWW
                                     **REQUEST FOR OUT-OF-COUNTRY TRAVEL**

Your Honor:

On April 1, 2002, the defendant was committed to the custody of the Bureau of Prisons for 41 months. Following service of this sentence, he relocated to the Central District of California and is presently being supervised there by the United States Probation Office for a supervised release term of 60 months. According to the United States Probation Office in the Central District of California, the defendant is in compliance with all supervision terms and presently request permission to travel to Cancun, Mexico, from May 17, 2006, to May 21, 2006, for vacation.

Given the defendant's compliance with his terms and conditions of supervision, he appears to pose little risk to the community at this time. Therefore, this officer recommends the Court grant Mr. Silva's travel request. A signature block is provided for Your Honor's consideration.

Should you have any questions or concerns, please do not hesitate to call this officer at (559) 499-5731.

                            Respectfully submitted,

                             /s/ Tim Mechem

                            **TIM MECHEM**
                            **United States Probation Officer**

**Silva, Jorge**
**Docket Number: 1:00CR05204-07 OWW**

Dated: May 8, 2006
Fresno, California
TDM

**REVIEWED BY:** **/s/ Bruce Vasquez**
**BRUCE VASQUEZ**
**Supervising United States Probation Officer**

---

**MR. SILVA'S REQUEST FOR OUT-OF-COUNTRY TRAVEL IS HEREBY:**

**GRANTED** ___X___ **DENIED** ________

IT IS SO ORDERED.

**Dated:** **May 18, 2006** **/s/ Oliver W. Wanger**
emm0d6 UNITED STATES DISTRICT JUDGE