UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM

FILED
MAY 23 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

RE: Silva, Jorge
Docket Number: 1:00CR05204-07 OWW
**REQUEST FOR OUT-OF-COUNTRY TRAVEL**

Your Honor:

On April 1, 2002, the defendant was committed to the custody of the Bureau of Prisons for 41 months. Following service of this sentence, he relocated to the Central District of California and is presently being supervised there by the United States Probation Office for a supervised release term of 60 months. According to the United States Probation Office in the Central District of California, the defendant is in compliance with all supervision terms and presently request permission to travel to Cancun, Mexico, from May 17, 2006, to May 21, 2006, for vacation.

Given the defendant's compliance with his terms and conditions of supervision, he appears to pose little risk to the community at this time. Therefore, this officer recommends the Court grant Mr. Silva's travel request. A signature block is provided for Your Honor's consideration.

Should you have any questions or concerns, please do not hesitate to call this officer at (559) 499-5731.

Respectfully submitted,

/s/ Tim Mechem

**TIM MECHEM**
**United States Probation Officer**

Rev. 07/2000
MEMO-CT.MRG

Silva, Jorge
Docket Number: 1:00CR05204-07 OWW

Dated:     May 8, 2006
           Fresno, California
           TDM

REVIEWED BY:     /s/ Bruce Vasquez
                 **BRUCE VASQUEZ**
                 **Supervising United States Probation Officer**

---

MR. SILVA'S REQUEST FOR OUT-OF-COUNTRY TRAVEL IS HEREBY:

GRANTED    X                              DENIED _____

Dated:    5-18-06                         _____
                                          OLIVER W. WANGER
                                          United States District Judge