UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                RE:    JORGE SILVA
                        Docket Number:  1:00CR05209-07 OWW
                        PERMISSION TO TRAVEL
                        OUTSIDE THE COUNTRY

Your Honor:

The offender is requesting permission to travel to Cancun, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On April 2, 2002, he was sentenced for the offense(s) of Distribution of Methamphetamine and Aiding and Abetting.

**Sentence imposed:**  41 months Bureau of Prisons, 60 months supervised release and $100 special assessment.

**Dates and Mode of Travel:**  The offender requests permission to travel from May 23, 2008 through May 30, 2008.

**Purpose:**  The offender requests to travel to Cancun, Mexico, to celebrate his anniversary.

**RE:** **JORGE SILVA**
 Docket Number:   1:00CR05209-07 OWW
 <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

          Respectfully Submitted,

          /s/ Brian J. Bedrosian

          **BRIAN J. BEDROSIAN**
          United States Probation Officer

**DATED:**   May 9, 2008
 Fresno, California
 BB

**REVIEWED BY:**   /s/ Bruce A. Vasquez
 **BRUCE A. VASQUEZ**
 **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved     X                    Disapproved _____

IT IS SO ORDERED.

**Dated:   May 14, 2008**          /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE